UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GANT CARLTON,

   Plaintiff,

v.                                      CASE NO.:

NAVIENT SOLUTIONS, LLC AND
STUDENT ASSISTANCE
CORPORATION.

   Defendants.
_____/

## COMPLAINT

COMES NOW, Plaintiff, CARLTON GANT, by and through the undersigned counsel, and sues Defendants, NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION, and in support thereof respectfully alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA").

## INTRODUCTION

1. The TCPA was enacted to prevent companies like NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION from invading American citizen's privacy and to prevent abusive "robo-calls."

2. "The TCPA is designed to protect individual consumers from receiving intrusive and unwanted telephone calls." *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740 (2012).

3. "Senator Hollings, the TCPA's sponsor, described these calls as 'the scourge of modern civilization, they wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone out of the wall." 137 Cong. Rec. 30, 821 (1991). Senator Hollings presumably intended to give telephone subscribers another option: telling the autodialers to simply stop calling." *Osorio v. State Farm Bank, F.S.B.*, 746 F. 3d 1242, 1256 (11th Cir. 2014).

4. According to the Federal Communications Commission (FCC), "Unwanted calls and texts are the number one complaint to the FCC. There are thousands of complaints to the FCC every month on both telemarketing and robocalls. The FCC received more than 215,000 TCPA complaints in 2014." *Fact Sheet: Wheeler Proposal to Protect and Empower Consumers Against Unwanted Robocalls, Texts to Wireless Phones*, Federal Communications Commission, (May 27, 2015).

## JURISDICTION AND VENUE

5. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. § 1331, Federal Question Jurisdiction, as this action involves violations of the TCPA.

6. Subject matter jurisdiction, federal question jurisdiction, for purposes of this action is appropriate and conferred by 28 U.S.C. § 1331, which provides that the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States; and this action involves violations of 47 U.S.C. § 227(b)(1)(A)(iii). See *Mims v. Arrow Fin. Servs., LLC*, S.Ct. 740, 748 (2012) and *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242, 1249 (11th Cir. 2014).

7. The alleged violations described herein occurred in Douglasville County, Georgia. Accordingly, venue is appropriate with this Court under 28 U.S.C. §1391(b)(2), as it is the judicial district in which a substantial part of the events or omissions giving rise to this action occurred.

## FACTUAL ALLEGATIONS

8. Plaintiff is a natural person, and citizen of the State of Georgia, residing in Douglasville County, Georgia.

9. Plaintiff is the "called party." See *Breslow v. Wells Fargo Bank, N.A.*, 755 F. 3d 1265 (11th Cir. 2014) and *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242 (11th Cir. 2014).

10. Defendant, NAVIENT SOLUTIONS, LLC is a corporation which was formed in Delaware with its principal place of business located at 2001 Edmund Halley Drive, Reston, Virginia 20191 and which conducts business in the State of Georgia through its registered agent, Corporation Service Company, located at 40 Technology Pkwy South, #300, Gwinnett, Norcross, GA 30092.

11. Defendant, STUDENT ASSISTANCE CORPORATION, is a corporation which was formed in Delaware with its principal place of business located in Delaware and which conducts business in the State of Georgia through its registered agent, Corporation Service Company, located at 2711 Centerville Rd., Suite 400, Wilmington, DE 19808.

12. On or about winter of 2016, Plaintiff revoked his consent to be called by NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION by requesting that the calls stop. Specifically stating "I am in receipt of your mail. There is no reason for you guys to call me anymore. Please stop calling me." The agents of NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION informed him that the calls would continue.

13. On or about February 2017, Plaintiff revoked his consent to be called by NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION a second time. Specifically stating "Please stop calling me. I would like to be contacted by email only."

14. Each call NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION made to Plaintiff's cell phone after said revocation was done so without the "expressed permission" of the Plaintiff and in violation of the TCPA.

15. Despite Plaintiff informing Defendants to stop calling the Defendant's autodialer calls to Plaintiff's cellular phone continued after winter 2016 and February 2017. Between November 2016 and February 7th 2017, Plaintiff made a non-exclusive log of forty-eight (48) calls he received from the Defendants. Due to the volume and time period over which he received automated calls, Plaintiff was not able to properly catalogue each and every call from the Defendants, however attached hereto as Exhibit A is a small sampling.

16. Plaintiff estimates approximately three hundred (300) calls to his cell phone post-revocation.

17. The autodialer calls from Defendants came from telephone numbers including but not limited to (585) 445-6797, (646) 708-0802, (607) 235-5091,

(813) 337-0995, (513) 972-4975, (765) 637-0801 and when those numbers are called a pre-recorded voice or agent answers and identifies the number as belonging to NAVIENT SOLUTIONS, LLC and/or STUDENT ASSISTANCE CORPORATION.

18. Defendants knowingly and/or willfully harassed and abused Plaintiff on numerous occasions by calling Plaintiff's cellular telephone number up to three (3) times a day from approximately winter of 2016 and February 2017 through the filing of this complaint, with such frequency as can reasonably be expected to harass, all in an effort related to collection of the subject account.

19. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION called Plaintiff approximately three hundred (300) times since revocation in winter of 2016 and February 2017, in an attempt to collect a debt.

20. Upon information and belief, some or all of the calls NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION made to Plaintiff's cellular telephone number were made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator (including but not limited to a predictive dialer) or an artificial or prerecorded voice; and to dial such numbers as specified by 47 U.S.C § 227(a)(1) (hereinafter "autodialer calls"). Plaintiff will

testify that his knew it was an autodialer because of the vast number of calls he received and because he heard a pause when he answered his phone before a voice came on the line and/or he received prerecorded messages from NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION.

21. Plaintiff is the subscriber, regular user and carrier of the cellular telephone number (561) ***-5836, and was the called party and recipient of Defendant's calls.

22. Beginning on or about winter 2016, NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION began bombarding Plaintiff's cellular telephone (561) ***-5836 in an attempt to collect on a student loan.

23. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice to individuals just as they did to Plaintiff's cellular telephone in this case.

24. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice, just as they did to the Plaintiff's cellular telephone in this case, with no way for the consumer, or NAVIENT

SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION, to remove the number.

25. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION's corporate policy is structured so as to continue to call individuals like Plaintiff, despite these individuals explaining to NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION they do not wish to be called.

26. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION has numerous other federal lawsuits pending against them alleging similar violations as stated in this Complaint.

27. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION has numerous complaints against it across the country asserting that its automatic telephone dialing system continues to call despite being requested to stop.

28. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION has had numerous complaints against it from consumers across the country asking to not be called, however Defendants continues to call these individuals.

29. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION's corporate policy provided no means for Plaintiff to have Plaintiff's number removed from NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION call list.

30. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION has a corporate policy to harass and abuse individuals despite actual knowledge the called parties do not wish to be called.

31. Not one of NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. § 227(b)(1)(A).

32. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION willfully and/or knowingly violated the TCPA with respect to Plaintiff.

33. From each and every call placed without express consent by NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION to Plaintiff's cell phone, Plaintiff suffered the injury of invasion of privacy and the intrusion upon his right of seclusion.

34. From each and every call without express consent placed by NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE

CORPORATION to Plaintiff's cell phone, Plaintiff suffered the injury of the occupation of her cellular telephone line and cellular phone by unwelcome calls, making the phone unavailable for legitimate callers or outgoing calls while the phone was ringing from NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION call.

35. From each and every call placed without express consent by NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION to Plaintiff's cell phone, Plaintiff suffered the injury of unnecessary expenditure of his time. For calls he answered, the time she spent on the call was unnecessary as he repeatedly asked for the calls to stop. Even for unanswered calls, Plaintiff had to waste time to unlock the phone and deal with missed call notifications and call logs that reflect the unwanted calls. This also impaired the usefulness of these features of Plaintiff's cellular phone, which are designed to inform the user of important missed communications.

36. Each and every call placed without express consent by NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION to Plaintiff's cell phone was an injury in the form of a nuisance and annoyance to the Plaintiff. For calls that were answered, Plaintiff had to go to the unnecessary trouble of answering them. Even for unanswered calls, Plaintiff had to waste time

to unlock the phone and deal with missed call notifications and call logs that reflected the unwanted calls. This also impaired the usefulness of these features of Plaintiff's cellular phone, which are designed to inform the user of important missed communications.

37. Each and every call placed without express consent by NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION to Plaintiff's cell phone resulted in the injury of unnecessary expenditure of Plaintiff's cell phone's battery power.

38. Each and every call placed without express consent by NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION to Plaintiff's cell phone where a voice message was left which occupied space in Plaintiff's phone or network.

39. Each and every call placed without express consent by NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION to Plaintiff's cell phone resulted in the injury of a trespass to Plaintiff's chattel, namely her cellular phone and her cellular phone services.

40. As a result of the answered and unanswered calls described above, Plaintiff suffered an invasion of privacy; Plaintiff was also affected in a personal and individualized way by stress, anxiety, nervousness, embarrassment, distress

and aggravation. The plaintiff suffered a worsen condition of his hypertension due to the harassing nature of the phone calls. Due to both answered and unanswered calls, Plaintiff suffered the expenditure of Plaintiff's time, exhaustion of Plaintiff's cellular telephone battery, unavailability of Plaintiff's cellular telephone while ringing, waste of Plaintiff's time, causing risk of personal injury due to distraction and trespass upon Plaintiff's chattels. All of the abovementioned were caused by, and/or directly related to, Defendant's attempts to collect a debt from the Plaintiff through the use of automated/predictive dialing technology.

## COUNT I
**(Violation of the TCPA)**

41. Plaintiff fully incorporates and realleges paragraphs one (1) through forty (40) as if fully set forth herein.

42. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION willfully violated the TCPA with respect to Plaintiff, specifically for each of the auto-dialer calls made to Plaintiff's cellular telephone after Plaintiff notified NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION that Plaintiff wished for the calls to stop

43. NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or

artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against NAVIENT SOLUTIONS, LLC AND STUDENT ASSISTANCE CORPORATION for statutory damages, punitive damages, actual damages, treble damages, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

*/s/Octavio Gomez, Esquire*
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
tgomez@forthepeople.com
amferrera@forthepeople.com
amoore2@forthepeople.com
Attorney for Plaintiff