UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GANT CARLTON,

   Plaintiff,

-vs-                                       CASE NO.: 1:17-CV-01277-RWS

NAVIENT SOLUTIONS, LLC AND
STUDENT ASSISTANCE
CORPORATION.

   Defendant.
_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, CARLTON GANT, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, CARLTON GATN, and Defendants, NAVIENT SOLUTIONS, LLC and STUDENT ASSISTANCE CORPORATION have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

/s/Octavio Gomez, Esquire
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
tgomez@forthepeople.com
amferrera@forthepeople.com
amoore2@forthepeople.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Wendi E. Fassbender, Esq., Sessions Fishman Nathan & Israel LLC, 14 Coopers Glen Drive, SW, Mableton, GA  30126 (wfassbender@sessions.legal); Michael Schuette, Esq., Sessions, Fishman, Nathan & Israel, L.L.C., 3350 Buschwood Park Drive, Ste. 195, Tampa, FL  33618 (mschuette@sessions.legal; sfrederick@sessions.legal); Dayle M. Van Hoose, Esq., Sessions, Fishman, Nathan & Israel, L.L.P., 3350 Buschwood Park Drive, Suite 195, Tampa, FL  33618 (dvanhoose@sessions.legal; evap@sessions.legal).

/s/Octavio Gomez, Esquire
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963