UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GANT CARLTON,

   Plaintiff,

                                                    CASE NO.: 1:17-CV-01277-RWS

-vs-

NAVIENT SOLUTIONS, LLC AND
STUDENT ASSISTANCE CORPORATION.

   Defendant.

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** Plaintiff, Carlton Gant, and Defendant, Navient Solutions, LLC and Student Assistance Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| */s/Octavio Gomez, Esquire* | /s/ Wendi E. Fassbender |
| Octavio "Tav" Gomez, Esquire | Wendi E. Fassbender, Esq. |
| Georgia Bar #: 617963 | GA Bar No. 179133 |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel, LLC |
| 201 North Franklin Street, 7th Floor | 3001 Lookout Pl, NE |
| Tampa, FL 33602 | Atlanta, GA 30305 |
| Telephone: (813) 223-5505 | Telephone: (678) 209-7492 |
| Facsimile: (813) 223-5402 | Facsimile: (877) 480-5639 |
| tgomez@forthepeople.com | wfassbender@sessions.legal |
| amferrera@forthepeople.com | Attorney for Defendant |
| amoore2@forthepeople.com | |
| Attorney for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Wendi E. Fassbender, Esq., Sessions Fishman Nathan & Israel LLC, 14 Coopers Glen Drive, SW, Mableton, GA 30126 (wfassbender@sessions.legal); Michael Schuette, Esq., Sessions, Fishman, Nathan & Israel, L.L.C., 3350 Buschwood Park Drive, Ste. 195, Tampa, FL 33618 (mschuette@sessions.legal; sfrederick@sessions.legal); Dayle M. Van Hoose, Esq., Sessions, Fishman, Nathan & Israel, L.L.P., 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618 (dvanhoose@sessions.legal; evap@sessions.legal).

*/s/Octavio Gomez, Esquire*
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963